| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **7** |
|  |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Chicago Meat & Sausage Company** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **FDBA  Koenemann Sausage Company (EIN 36-2535389)** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1064197** |
| **4.** | **Debtor's address** | **Principal place of business**  **5836 Lincoln Avenue, Suite 200**  **Morton Grove, IL 60053**  Number, Street, City, State & ZIP Code  **Cook**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **27090 Volo Village Road Volo, IL 60073**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Chicago Meat & Sausage Company** _____ Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **TAG Holdings, LLC** _____ Relationship **Affiliate**
District **Northern District of Illinois** When **8/24/17** Case number, if known **17-25391**

Debtor **Chicago Meat & Sausage Company**　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　Contact name _____
　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Chicago Meat & Sausage Company**                          Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**
MM / DD / YYYY

X **/s/ Yuriy Konderevych**                                  **Yuriy Konderevych**
Signature of authorized representative of debtor              Printed name

Title    **Authorized Agent/Power of Attorney**

**18. Signature of attorney**

X **/s/ Charles S. Stahl, Jr.**                              Date **August 25, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**Charles S. Stahl, Jr.**
Printed name

**Swanson Martin & Bell LLP**
Firm name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**
Number, Street, City, State & ZIP Code

Contact phone  **630-799-6900**       Email address  **cstahl@smbtrials.com**

**2699915**
Bar number and State

.

4 Hour Funding, LLC
P.O. Box 2149
Gig Harbor, WA 98335


Ace Hardware
155 Peterson Road
Libertyville, IL 60048


ADT Security Services
3189 South Vaughn Way
Aurora, CO 80014


Affemann Imports, Inc.
159 North Sabra Avenue
Agoura, CA 91377


Airgas USA, LLC
6055 Rockside Woods Boulevard
Independence, OH 44131


Ambit Energy
P.O. Box 864589
Plano, TX 75086


Anchor Express, Inc.
630 Supreme Drive
Bensenville, IL 60106


Anderson Pest Solutions
501 West Lake Street, Suite 204
Elmhurst, IL 60126-1103


Aryzta, LLC
7090 Collection Center Drive
Chicago, IL 60693


Avaya Financial Services
4655 Great American Parkway
Santa Clara, CA 95054-1233


Bank of America
100 North Tryon Street
Charlotte, NC 28255

Bende, Inc.
925 Corporate Woods Parkway
Vernon Hills, IL 60061


BioSource Flavors, Inc.
300 West Sixth Street
Momence, IL 60954


Bruno's Bakery
3341 South Lituanica Street
Chicago, IL 60608


C&S Fabrication Services, Inc.
5390 Fieldstone Way
Johnsburg, IL 60051


Chicago Importing Co.
11200 East Maine Street
Huntley, IL 60142-7369


Comcast Business
1585 Waukegan Road
Waukegan, IL 60085-6727


ComEd
P.O. Box 6112
Carol Stream, IL 60197-6112


Constellation Energy Services, Inc.
P.O. Box 19046
Green Bay, WI 54307-5409


Coral Chemical Company
1915 Industrial Avenue
Zion, IL 60099


DCW Casing, LLC
700 South Fulton Avenue
Mount Vernon, NY 10550


Devro, Inc.
22605 Network Place
Chicago, IL 60673-1226

Dreisilker Electric Motor, Inc.
352 Roosevelt Road
Glen Ellyn, IL 60137


EMC Insurance Companies
P.O. Box 219225
Kansas City, MO 64121-9225


European Imports, Inc.
600 East Brook Drive
Arlington Heights, IL 60005-4622


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Fedor Kozlov
The Law Offices of Fedor Kozlov
1990 E. Algonquin Rd., Ste. 230
Schaumburg, IL 60173


First Data Global Leasing
P.O. Box 173845
Denver, CO 80217


FirstData Global Leasing
P.O. Box 173845
Denver, CO 80217


Fisher Bros. Construction Co., Inc.
27620 West Concrete Drive
Ingleside, IL 60041


Fleet Services
P.O. Box 13050
Overland Park, KS 66282-3050


Gillespie Design Group
5307 Business Parkway, Suite 101
Ringwood, IL 60072


Groot Industries, Inc.
P.O. Box 1305
Elk Grove Village, IL 60009-1305

```
H2U Ltd.
464 Country Club Drive
Bensenville, IL 60106


Herbco International , Inc.
11016 152nd Avenue
Kenosha, WI 53142


Huemann Water Conditioning
3607 North Chapel Hill Road
Johnsburg, IL 60051


Hunter Warfield
re State Auto Insurance
4645 South Lakeshore Drive #11
Tempe, AZ 85282-7152


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


JA Nationwide, Inc.
1202 South IL Rt. 31
McHenry, IL 60050


James P. Kelly
Matuszewich & Kelly, LLP
101 North Virginia St., Ste. 150
Crystal Lake, IL 60014


Jan Pro of Northern Illinois
1360Shore Drive
Burr Ridge, IL 60527
```

```
Jasper Meats, Inc.
9 Morgan Lane
Barrington, IL 60010


Jim's Cheese, LLC
410 Portland Road
Waterloo, WI 53594


John C. Wirfs
7606 Howe Road
Wonder Lake, IL 60097


Joseph H. Huemann & Sons, Inc.
5205 N. Rishmond Road
Ringwood, IL 60072


Kaluzny Bros., Inc.
2324 Mount Road
Joliet, IL 60436


Koehler Scale, Inc.
3475 Memesis Avenue
Waukegan, IL 60087


Kwalyti Tooling & Machinery Rebuild
1690 East Fabyan Parkwat
Batavia, IL 60510


Lake County Health Depart-Permit
500 West Winchester
Libertyville, IL 60048-1331


Lake County Health Depart-Water
500 West Winchester
Libertyville, IL 60048-1331


Lakeland/Larsen Elevator Corp
731 S. McAlister Avenue
Waukegan, IL 60085


Lakes Region Sanitary District
25700 West Old Grand Avenue
Ingleside, IL 60041-8524
```

```
Liturgical Publications
P.O. Box 510817
New Berlin, WI 53151-0817


Menards (Capital One Commercial)
P.O. Box 5219
Carol Stream, IL 60197-5219


Michael Knorr
1404 McKinley
Beloit, WI 53511


Minuteman Press
3410 W. Elm Street
McHenry, IL 60050


Mongolia Casing Corp.
47-06 Grand Avenue
P.O. Box 780098
Maspeth, NY 11378


Morgan Services, Inc.
4301 S. Morgan Street
Chicago, IL 60609


My Honey Co.
10012 Main Street
Richmond, IL 60071


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


NorthStar Foods, Inc.
2600 Delta Lane
Elk Grove Village, IL 60007


Ocean's Palette
5647 77 Street, Suite 110
Kenosha, WI 53142


Pitney Bowes
225 American Drive
Neenah, WI 54956-1005
```

Polar Tech Industries, Inc.
415 E. Railroad Avenue
Genoa, IL 60135


Prairie State Impressions, LLC
11100 Addison Avenue
Franklin Park, IL 60131


Sentry Security, LLC
339 Egidi Drive
Wheeling, IL 60090


SID Harvey Industries, Inc.
605 Locust Street
Garden City, NY 11530


Thompson Elevator Inspection Servic
1302 E. Thayer Street
Mount Prospect, IL 60056


Tigerbyte, Inc.
2226 W. Chicago Avenue
Chicago, IL 60622


Tri-City Corrugated, Inc.
1307 Schiferl Road
Bartlett, IL 60103


Ultra Source, LLC
1414 West 29th Street
Kansas City, MO 64108-3604


Union Food & Commercial Local 1546
c/o Robert B. Greenberg, Asher law
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606


US Department of Agriculture FSIS
US-Bank - FSIS Lockbox
P.O. Box 9790001
Saint Louis, MO 63197-9001

Village of Fox Lake
Northwest Regional Water Reclamatio
66 Thillin Drive
Fox Lake, IL 60020


Voyager Fleet Systems, Inc.
P.O. Box 13050
Overland Park, KS 66282-3050


Warehouse Direct
3001 S. Mount Prospect Road
Des Plaines, IL 60018


William F. Koenemann
1043 Adagio Drive
Volo, IL 60073


World Pac International USA, Inc.
7900 Durand Ave. Bldg North
P.O. Box 742
Sturtevant, WI 53177-0742

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Chicago Meat & Sausage Company**                                   Case No.
                                    Debtor(s)                                Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Chicago Meat & Sausage Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**TAG Living Trust**
**c/o Yuriy Konderevch**
**5836 Lincoln Avenue, Suite 200**
**Morton Grove, IL 60053**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 25, 2017** | **/s/ Charles S. Stahl, Jr.** |
| Date | **Charles S. Stahl, Jr. 2699915** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Chicago Meat & Sausage Company** |
| | **Swanson Martin & Bell LLP** |
| | **2525 Cabot Drive** |
| | **Suite 204** |
| | **Lisle, IL 60532** |
| | **630-799-6900 Fax:630-799-6901** |
| | **cstahl@smbtrials.com** |