IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CHICAGO MEAT & SAUSAGE COMPANY, | ) | Case No. 17 B 25456 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date and Time: |
| | ) | January 31, 2018 at 10:30 am |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on January 31, 2018, at 10:30 a.m., I shall appear before the Honorable Judge Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Chapter 7 Trustee's Amended Motion for Entry of an Order Approving the Sale Process for the Sale of Assets and Setting a Final Hearing to Consider Approval of Sale, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on 22nd day of January, 2018.



              /s/ Gregory K. Stern              
              Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID # 6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

N. Neville Reid
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, Illinois 60606

Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive
Suite 204
Lisle, Illinois 60532

**Parties Served By United States Mail**

Chicago Meat & Sausage Company
5836 Lincoln Avenue, Suite 200
Morton Grove, Illinois 60053

James P. Kelly
Matuszewich & Kelly, LLP
101 North Virginia Street, Suite 150
Crystal Lake, Illinois 60014-3426

4 Hour Funding, LLC
P.O. Box 2149
Gig Harbor, WA 98335-4149

ADT Security Services
3189 South Vaughn Way
Aurora, CO 80014

Ace Hardware
155 Peterson Road
Libertyville, IL 60048-1075

Affemann Imports, Inc.
159 North Sabra Avenue
Agoura, CA 91377-1128

Airgas USA, LLC
6055 Rockside Woods Boulevard
Independence, OH 44131-2301

Ambit Energy
P.O. Box 864589
Plano, TX 75086-4589

Anchor Express, Inc.
630 Supreme Drive
Bensenville, IL 60106-1158

Anderson Pest Solutions
501 West Lake Street, Suite 204
Elmhurst, IL 60126-1419

Aryzta, LLC
7090 Collection Center Drive
Chicago, IL 60693-0070

Avaya Financial Services
4655 Great American Parkway
Santa Clara, CA 95054-1236

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Bende, Inc.
925 Corporate Woods Parkway
Vernon Hills, IL 60061-3159

BioSource Flavors, Inc.
300 West Sixth Street
Momence, IL 60954-1136

Bruno's Bakery
3341 South Lituanica Street
Chicago, IL 60608-6923

C&S Fabrication Services, Inc.
5390 Fieldstone Way
Johnsburg, IL 60051-7403

Chicago Importing Co.
11200 East Maine Street
Huntley, IL 60142-7369

ComEd
P.O. Box 6112
Carol Stream, IL 60197-6112

Comcast Business
1585 Waukegan Road
Waukegan, IL 60085-6727

Comcast Business
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103-2838

Constellation Energy Services, Inc.
P.O. Box 19046
Green Bay, WI 54307-9046

Coral Chemical Company
1915 Industrial Avenue
Zion, IL 60099-1435

DCW Casing, LLC
700 South Fulton Avenue
Mount Vernon, NY 10550-5014

Devro, Inc.
22605 Network Place
Chicago, IL 60673-1226

Dreisilker Electric Motor, Inc.
352 Roosevelt Road
Glen Ellyn, IL 60137-5692

EMC Insurance Companies
P.O. Box 219225
Kansas City, MO 64121-9225

European Imports, Inc.
600 East Brook Drive
Arlington Heights, IL 60005-4622

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd FL
Memphis, TN 38116-5017

Fedor Kozlov
The Law Offices of Fedor Kozlov
1990 E. Algonquin Rd., Ste. 230
Schaumburg, IL 60173-4157

First Data Global Leasing
P.O. Box 173845
Denver, CO 80217-3845

FirstData Global Leasing
P.O. Box 173845
Denver, CO 80217-3845

Fisher Bros. Construction Co., Inc.
27620 West Concrete Drive
Ingleside, IL 60041-9300

Fleet Services
P.O. Box 13050
Overland Park, KS 66282-3050

Gillespie Design Group
5307 Business Parkway, Suite 101
Ringwood, IL 60072-9424

Groot Industries, Inc.
P.O. Box 1305
Elk Grove Village, IL 60009-1305

H2U Ltd.
464 Country Club Drive
Bensenville, IL 60106-1507

Herbco International , Inc.
11016 152nd Avenue
Kenosha, WI 53142-7920

Huemann Water Conditioning
3607 North Chapel Hill Road
Johnsburg, IL 60051-2583

Hunter Warfield
re State Auto Insurance
4645 South Lakeshore Drive #11
Tempe, AZ 85282-7152

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JA Nationwide, Inc.
1202 South IL Rt. 31
McHenry, IL 60050-3178

Jan Pro of Northern Illinois
1360Shore Drive
Burr Ridge, IL 60527

Jasper Meats, Inc.
9 Morgan Lane
Barrington, IL 60010-6164

Jim's Cheese, LLC
410 Portland Road
Waterloo, WI 53594-1200

John C. Wirfs
7606 Howe Road
Wonder Lake, IL 60097-9000

Joseph H. Huemann & Sons, Inc.
5205 N. Rishmond Road
Ringwood, IL 60072-9614

Kaluzny Bros., Inc.
2324 Mount Road
Joliet, IL 60436-9026

Koehler Scale, Inc.
3475 Memesis Avenue
Waukegan, IL 60087-3201

Kwalyti Tooling & Machinery Rebuild
1690 East Fabyan Parkwat
Batavia, IL 60510-1492

Lake County Health Depart-Permit
500 West Winchester
Libertyville, IL 60048-1371

Lake County Health Depart-Water
500 West Winchester
Libertyville, IL 60048-1371

Lakeland/Larsen Elevator Corp
731 S. McAlister Avenue
Waukegan, IL 60085-7452

Lakes Region Sanitary District
25700 West Old Grand Avenue
Ingleside, IL 60041-8524

Liturgical Publications
P.O. Box 510817
New Berlin, WI 53151-0817

Menards (Capital One Commercial)
P.O. Box 5219
Carol Stream, IL 60197-5219

Michael Knorr
1404 McKinley
Beloit, WI 53511-4141

Minuteman Press
3410 W. Elm Street
McHenry, IL 60050-4433

Mongolia Casing Corp.
47-06 Grand Avenue
P.O. Box 780098
Maspeth, NY 11378-0098

Morgan Services, Inc.
4301 S. Morgan Street
Chicago, IL 60609-3302

My Honey Co.
10012 Main Street
Richmond, IL 60071-9503

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

NorthStar Foods, Inc.
2600 Delta Lane
Elk Grove Village, IL 60007-6307

Ocean's Palette
5647 77 Street, Suite 110
Kenosha, WI 53142-8516

Oksana Kabachenko
980 W. Shore Drive
Fox Lake, IL 60020-1187

Pitney Bowes
225 American Drive
Neenah, WI 54956-1005

Polar Tech Industries, Inc.
415 E. Railroad Avenue
Genoa, IL 60135-1200

Prairie State Impressions, LLC
11100 Addison Avenue
Franklin Park, IL 60131-1404

Robert E. Williamson, Jr.
2532 Skyline Drive
Beloit, WI 53511-2253

SID Harvey Industries, Inc.
605 Locust Street
Garden City, NY 11530-6531

Sentry Security, LLC
339 Egidi Drive
Wheeling, IL 60090-2653

Thompson Elevator Inspection Service
1302 E. Thayer Street
Mount Prospect, IL 60056-2623

Tigerbyte, Inc.
2226 W. Chicago Avenue
Chicago, IL 60622-7504

Tri-City Corrugated, Inc.
1307 Schiferl Road
Bartlett, IL 60103-1701

US Department of Agriculture FSIS
US-Bank - FSIS Lockbox
P.O. Box 9790001
Saint Louis, MO 63197-9001

Ultra Source, LLC
1414 West 29th Street
Kansas City, MO 64108-3604

Union Food & Commercial Local 1546
c/o Robert B. Greenberg, Asher law
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606-6942

Village of Fox Lake
Northwest Regional Water Reclamation
66 Thillin Drive
Fox Lake, IL 60020-1538

Voyager Fleet Systems, Inc.
P.O. Box 13050
Overland Park, KS 66282-3050

Warehouse Direct
3001 S. Mount Prospect Road
Des Plaines, IL 60018

William F. Koenemann
1043 Adagio Drive
Volo, IL 60073-5909

World Pac International USA, Inc.
7900 Durand Avenue, Bldg North
P.O. Box 742
Sturtevant, WI 53177-0742

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CHICAGO MEAT & SAUSAGE COMPANY, | ) | Case No. 17 B 25456 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | January 31, 2018 at 10:30 am |

**CHAPTER 7 TRUSTEE'S AMENDED MOTION FOR ENTRY OF AN ORDER APPROVING SALE PROCESS FOR THE SALE OF ASSETS, AND SETTING A FINAL HEARING TO CONSIDER APPROVAL OF SALE**

Now comes N. Neville Reid, not individually, but solely in his capacity as Chapter 7 Trustee (the 'Trustee"), by and through his attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler (the "Attorneys"), and in support of his Amended Motion for Entry of an Order: (1) Authorizing Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests, (2) Approving Sale Process for the Sale of Assets, and, (3) Setting a Final Hearing to Consider Approval of Sale respectfully states as follows:

1. On August 25, 2017, Chicago Meat & Sausage Company (the "Debtor") caused a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code to be filed; and, N. Neville Reid was appointed as Trustee in this case.

2. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334; venue of this Title 11 case is proper in this District pursuant to 28 U.S.C. §1408; and, this matter constitutes a core proceeding under 28 U.S.C. §157(b)(2)(A) and (O).

3. The Debtor's Schedule B (Docket No. 7), filed with the United States Bankruptcy Court on September 11, 2017, reflects, *inter alia*, an interest in various food processing machinery and equipment (the "Equipment") and 100% ownership of the common stock of

Koenemann Sausage Company, a defunct corporation (the "Common Stock").

4. That the Debtor's assets may include, but are not limited, to the Equipment, Common Stock, and other assets owned by the Debtor and used in its business and generally consisting of intangible assets, intellectual property, to the extent assignable and transferable under applicable law, including, without limitation, trademarks (common and registered), trade names, service marks, service names, patents, proprietary information, technical information and data, goodwill, telephone numbers, other tangible personal property and fixtures, customer lists, and any other assets pertaining and relating to the Debtor's business (collectively, the **"Assets"**).

5. That the Assets are not subject to any known liens, claims, encumbrances or interests.

6. William Koenemann ("Koenemann") is a creditor scheduled in the Debtor's bankruptcy case and the mortgagee-in-possession of the Debtor's former business premises located at 27090 Volo Village Road, Volo, Illinois 60073 (the "Real Property").

7. On or about December 7, 2017, Koenemann offered to the purchase the Equipment and Common Stock for Twenty-Two Thousand Dollars ($22,000.00).

8. On or about December 28, 2017, the Trustee became aware of a competing offer from Myhaylo Khariv ("Khariv") to purchase three pieces of the Equipment for Twenty-Five Thousand Dollars ($25,000.00).

**SALE PROCESS AND BIDDING PROCEDURES**

9. The Trustee seeks (1) authority pursuant to 11 U.S.C. § 363(b) and (f) to sell the Estate's interests in the Assets by public auction free and clear of all liens, claims, encumbrances and interests, (2) approval of the Bidding Procedures, and, (3) establish a final hearing date to consider approval of the sale.

10. Upon completion of the public auction pursuant to the Bidding Procedures, the

Debtor will seek the entry of an order from the Court to approve the sale of the Assets (the "Sale Hearing").

    11.    The Bidding Procedures shall include the following terms and conditions:

    a. <u>Due Diligence Deadline:</u> Potential Bidders shall be authorized to perform due diligence with respect to the acquisition of the Auction at their sole cost and expense, to be completed on or before three (3) days prior to the Auction Date.

    b. Qualified Bidders: Any and all parties desiring to be a "Qualified Bidder" shall be permitted to bid on the Assets at the Auction subject to their tender of an earnest money deposit in the amount of Five Thousand and 00/100 Dollars ($5,000.00) via cashiers or certified check (the "Deposit") at the auction.

    c. <u>Sale at Public Auction:</u> At a sale open to the public, the Trustee shall conduct an auction of the Assets (the "Auction") at the offices of his Counsel, Gregory K. Stern, in accordance with the usual bidding procedures for such an auction, except as specified herein. Only Qualified Bidders shall be entitled to make a bid at the Auction. All such cash bids shall be made as a matter of record. The bid of Myhaylo Khariv ("Khariv") for three (3) pieces of the Equipment for Twenty-Five Thousand Dollars ($25,000.00) shall be the "Opening Bid". The three (3) pieces of Equipment consist of i) Kramer Grebe Schneidmischer 200 cutter and serial slicer #185/118/76, ii) Handtmann Type VF200B stuffer with linking head serial #2508, and iii) Automatic Poly-clip system Type FCA 3441 serial #63179. At the Sale Hearing, the Trustee shall present to the Court the Prevailing Bid(s) and request the entry of the Sale Order approving such bid(s) subject to the terms herein in a form reasonably satisfactory to counsel for the Prevailing Bidder. At the Auction, the Trustee, in his sole discretion, may seek to sell the Assets individually, in gross or any combination thereof to the highest bidder(s). In either event, the Auction will commence with the Opening Bid and competing bids must be in increments of not less than $1,500.00 of the last bid until all parties have made their final offers. After the conclusion of the bidding, the Trustee will make his determination of the bid(s) that he will accept which he will report to the Court on January 31, 2018, at 10:30 a.m. (the "Sale Hearing"). The Successful Bidder(s) must be ready and willing to close within 3 days of the entry of an order approving the sale.

    d. <u>Assets Sold As Is, Where Is:</u> The sale of the Assets shall be on an "AS IS, WHERE IS" basis and without representations or warranties of any kind, nature, or description by the Trustee, his agents or the estate. All of the Trustee's right, title and interest in and to the Assets shall be sold free and clear of all liens, claims, encumbrances, and interests accordance with Section 363 of the Bankruptcy Code, with all such liens, claims, encumbrances and interests, if any, to attach to the proceeds of the sale of the Assets.

    e. <u>Auction, Sale Hearing and Closing:</u> The Trustee shall conduct the Auction on

    January 26, 2018, at 11:00 a.m. at Trustee's Counsel's office located at 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois and a hearing to approve the Sale shall be scheduled for January 31, 2018 at 10:30 a.m.(the "Sale Hearing") in Courtroom 742 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, with the closing on the Prevailing Bid and consummation of the transactions contemplated herein to occur as soon as practically possible by the respective parties (the "Closing") and no later than twenty-one (21) days after entry of an Order approving the sale.

  14. The Trustee will send notice of this Motion *via* Electronic Notice and/or U.S. Mail on the following parties: (i) the Office of the United States Trustee, (ii) the Debtor, William Koenemann, Myhaylo Khariv and their counsel, (iii) all of the Debtor's creditors, (iv) all parties requesting notice in the Bankruptcy Case, and (v) all parties entitled to receive notice pursuant to the Court's ECF system.

  **WHEREFORE**, N. Neville Reid, Chapter 7 Trustee, prays for an order as follows: (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests, (b) Approving the Sale Process for the Sale of Assets; and (c) For such other relief as may be just.

            By: /s/ Gregory K. Stern
              Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558